# Court of Appeals
# of the State of Georgia

ATLANTA,    April 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1349.  RUSSELL ANDREW CARBONARA v. FORTRESS GROUP, INC.**
**A14A1350, A14A1351. JOSHUA JAMES NANCI v. FORTRESS GROUP, INC.**

Russell Andrew Carbonara and Joshua James Nanci are both former employees of Fortress Group, Inc. who had disputes with the company.  The disputes were consolidated for arbitration, and the arbitration panel entered an award favorable to Fortress Group.  Fortress Group then filed a petition to confirm the arbitration award, and Carbonara moved to vacate it.  Nanci filed a separate petition to vacate or modify the award.  The trial court entered two orders – one confirming the award and denying Carbonara's motion to vacate it, and another denying Nanci's petition to vacate or modify.  In Case No. A14A1349, Carbonara appeals the order confirming the award and denying his motion to vacate.  In Case No. A14A1350, Nanci appeals that same order.  In Case No. A14A1351, Nanci appeals the order denying his petition to vacate or modify the award.  We, however, lack jurisdiction.

Although the trial court confirmed the arbitration award and purported to close the cases below, it did not enter judgment on the award.  "[T]he procedure to confirm an arbitration award specifically contemplates the entry of a separate judgment on the award." *Barge v. St. Paul Fire & Marine Ins. Co.*, 245 Ga. App. 112, 117 (2) (535 SE2d 837) (2000), citing OCGA § 9-9-15.  Because Carbonara and Nanci have not demonstrated that the trial court entered final judgment as contemplated by OCGA § 9-9-15, they were required to follow the interlocutory appeal procedures in OCGA § 5-6-34 (b) and obtain a timely certificate of immediate review.  Their failure to do so deprives us of jurisdiction over these appeals, which are hereby DISMISSED.  See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588 (1) (408 SE2d 103) (1991).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/24/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*